UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZBIGNIEW ZIELINSKI,

                      Plaintiff,

-against-

LINMAR CONSTRUCTION CORP., et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2021

**ORDER**

1:20-CV-7807 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 15, 2021 the parties reported to the Court that they had reached an agreement to settle this matter. (ECF No. 19.) The parties also represented that they planned to file a *Cheeks* motion "in a few weeks." With no motion having been submitted to date, the Court hereby orders the parties to submit a motion for *Cheeks* approval of the settlement agreement by no later than **September 8, 2021**.

SO ORDERED.

Dated: August 23, 2021
         New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge