

**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

August 25, 2021

Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
  *VIA ECF*

**APPLICATION GRANTED**
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
08/25/2021

    Re:   Zielinski v. Linmar Construction Corp. et al
            SDNY Docket No.: 20-CV-07807 (KHP)

Dear Judge Parker,

    I represent Plaintiff in the above-referenced case. By this letter motion, I write to respectfully request a brief extension of time until September 15, 2021 in which to file a motion for review and approval of the settlement agreement under *Cheeks*. In an Order, dated August 23, 2021, Your Honor has set the current deadline to file the motion by September 8, 2021.

    The reason for the requested extension of time is that I was forced to travel abroad to take care of an estate matter arising from my mother's passing. The parties have already executed the settlement agreement, but I simply have not had enough time to draft the legal argument portion of the motion. I am optimistic to finalize the motion papers upon my return to the United States on September 8, 2021. This is the first request of this kind and there is no prejudice to any party.

    Wherefore, I respectfully request time until September 15, 2021 to file a motion for the review and approval of the settlement agreement.

    Thank You for your attention to the foregoing.

                                                                            /s/ *Robert Wisniewski*
                                                                            Robert Wisniewski

cc:     Counsel for Defendants (*via ECF*)