USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2021

# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEBSITE: www.rwapc.com

September 15, 2021

Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
      VIA ECF

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

09/16/2021

    Re:    **Zielinski v. Linmar Construction Corp. et al**
             **SDNY Docket No.: 20-cv-07807 (KHP)**

Dear Judge Parker,

    I represent Plaintiff in the above action. Along with opposing counsel, I am asking for yet another one week extension of time for the parties to file the *Cheeks* motion for Your Honor to approve the FLSA settlement in this matter from today to September 22, 2021. This is the second request of this kind and there is no prejudice to any party. Your Honor was kind enough to approve the previous request.

    The reason for this request is that counsel for the parties still need to work out the text of the motion which they believe should take them a very short time. We assure Your Honor that the delay here does not mean in any way that there are differences between the parties that will scuttle the deal – the settlement agreements at bar are already executed by all parties. However, owing to the religious holidays we believe that another week should be sufficient time to accomplish this task. The delay at bar occurred because I fell ill after returning from my trip abroad and was delayed in submitting the text of the motion to opposing counsel. We tried to soldier on and submit the motion by today but, alas, were unable to accomplish it. Hence the instant request.

    Thank You for your attention to the foregoing.

                              Sincerely,

                              */s/ Robert Wisniewski*
                              Robert Wisniewski