USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZBIGNIEW ZIELSKI,<br><br>                                              Plaintiff,<br>               -against-<br><br>LINMAR CONSTRUCTION CORP. et al.,<br><br>                                              Defendants. | ORDER SCHEDULING STATUS CONFERENCE<br><br>20-CV-7807-KHP |

**KATHARINE H. PARKER, United States Magistrate Judge**

A telephonic Status Conference in this matter to discuss settlement is hereby scheduled for **Wednesday, October 20, 2021 at 3:30 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

**SO ORDERED.**

Dated: September 23, 2021
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge